**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-1312**

In re:  CLIFTON DONELL LYLES,

　　　　Petitioner.

On Petition for Writ of Mandamus.  (4:14-cv-01063-TMC)

Submitted:  August 24, 2021　　　　　　　　　Decided:  August 26, 2021

Before NIEMEYER and HARRIS, Circuit Judges, and SHEDD, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Clifton Donell Lyles, Petitioner Pro Se.  Melody Jane Brown, Senior Assistant Deputy Attorney General, OFFICE OF THE ATTORNEY GENERAL OF SOUTH CAROLINA, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clifton Donell Lyles petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his postjudgment motion. He seeks an order from this court directing the district court to act. The present record does not reveal undue delay in the district court. Accordingly, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*